IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01286-BNB

STEPHEN A. HAYNES,

Plaintiff,

v.

HOLLY M. HEDMAN,
DWAYNE G. ROYBAL, and
DANIEL C. ANTHONY,

Defendants.

## ORDER OF DISMISSAL

Plaintiff, Stephen A. Haynes, filed *pro se* a complaint for money damages pursuant to 42 U.S.C. § 1983. He was granted leave to proceed pursuant to 28 U.S.C. § 1915.

On August 10, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Hayes to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and was double-spaced and legible in compliance with Rule 10.1 of the Local Rules of Practice for this Court. Magistrate Judge Boland warned Mr. Hayes that, if he failed within the time allowed to file an amended complaint that complied with the August 10 order as directed, the complaint and the action would be dismissed without further notice.

After copies of orders mailed to Mr. Hayes, including the August 10 order, were returned to the Court as undeliverable, *see* docket nos. 10 and 11, Magistrate Judge Boland, on August 18, 2010, entered a minute order directing the clerk of the Court to

remail copies of the returned orders and any documents specified in the orders to Plaintiff at a mailing address he previously provided in addition to his residence address. On August 23, 2010, the remailed orders were returned to the Court in an envelope stamped "Return to Sender" and "Moved Away."

Mr. Haynes has failed, within the time allowed, to file an amended complaint that complies with the August 10 order, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the instant action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Stephen A. Haynes, to comply with the directives of the August 10, 2010, order and file an amended complaint that complies with Fed. R. Civ. P. 8 and D.C.COLO.LCivR 10.1, and for his failure to prosecute.

DATED at Denver, Colorado, this  15th  day of  September , 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01286-BNB

Stephen A. Haynes
1001 16th Street, Suite B-180
PMB 351
Denver, CO 80265

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/16/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk